UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1177

LORETTA JANE REEVES,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONAL EDUCATION;
MARK HUTCHINSON; GEORGE ERPS,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-02-20-2)

Submitted:  May 15, 2003             Decided:  May 20, 2003

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Loretta Jane Reeves, Appellant Pro Se.  Sydney E. Rab, Anthony
Philip Meredith, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Loretta Jane Reeves appeals the district court's judgment granting the Appellees' motion for summary judgment and dismissing her hostile work environment claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Reeves v. Virginia Dep't of Corr. Educ.</u>, No. CA-02-20-2 (W.D. Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>